UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GENE MITCHELL,
Plaintiff

    v.                              C.A. No. 06-521-T-LDA

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

## O R D E R

    This matter is hereby referred to Magistrate Judge Lincoln D. Almond for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                    BY ORDER:

_Ernest C Jones_                    _/s/ Deputy Clerk_
Ernest C. Torres                Deputy Clerk
Chief Judge
Dated: 4/16/07