UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GENE MITCHELL

           v.                          CA No. 06-521T

MICHAEL J. ASTRUE

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

For reasons stated in Magistrate Judge Almond's Report and Recommendation dated August 6, 2007 and in the Defendant's response to the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, the Commissioner's decision is affirmed and the Plaintiff's motion to reverse or remand is denied.

It is so ordered.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 21, 2009