# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GENE MITCHELL,
Plaintiff

    v.                                                    C.A. No. 06-521T

MICHAEL J. ASTUE,
Defendant

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Miachel J. Astrue and against Plaintiff Gene Mitchell pursuant to this Court's Order dated January 21st, 2009.

                                                      Enter:

                                                      /s/ Ryan H. Jackson

                                                      Deputy Clerk

Dated: January 23rd, 2009